# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dena Burge, | Civil No. 14cv00680 PAM/BRT |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Pinnacle Financial Group, Inc., et al., | |
| Defendants. | |

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:   May 7, 2015

                                              *s/Paul A. Magnuson*
                                              Paul A. Magnuson, Judge
                                              United States District Court